

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00103-CV

**WESTWIND HOMES** d/b/a Westwind Development, G.P.-Laredo, LLC and CenterPoint Energy Resources Corp.,
Appellants

v.

Fernando **RAMIREZ** and Minerva Ramirez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003262-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the portion of the trial court's judgment relating to appellees' claims against Westwind Homes d/b/a Westwind Development, G.P.-Laredo, LLC is VACATED, and those claims are REMANDED to the trial court for entry of a judgment effectuating the parties' agreement. Appellant CenterPoint Energy Resources Corp.'s appeal is RETAINED on the docket of this court. Costs of the appeal will be taxed upon final disposition of the appeal.

SIGNED July 31, 2019.

_____
Rebeca C. Martinez, Justice